# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-105-KDB-DCK

| | |
|---|---|
| BAM CAPITAL, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| HOUSER TRANSPORT, INC., HOUSER LOGISTICS, INC., SIBLING LEASING, LLC, SAMUEL HOUSER, CANDY FEAGANES, and SHERRY LEE, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) filed by Cory Hohnbaum, concerning Zheyao Li on October 16, 2019. Zheyao Li seeks to appear as counsel *pro hac vice* for Plaintiff BAM Capital, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 14) is **GRANTED**. Zheyao Li is hereby admitted *pro hac vice* to represent Plaintiff BAM Capital, LLC.

**SO ORDERED**.

Signed: October 17, 2019

David C. Keesler
United States Magistrate Judge